IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA CHASE,

    Plaintiff,

vs.                              CASE NO.: 5:09-CV-173-SPM

STATE ATTORNEYS OFFICE FOR THE
FOURTEENTH JUDICIAL CIRCUIT FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 14), filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby ***dismissed with prejudice***.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this eleventh day of January, 2010.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge